# In the United States Court of Federal Claims

|  |  |
|---|---|
| MAURICIO A. MANCIA,  )<br>  )<br>　　　　　　Plaintiff,  )<br>  )  No. 18-1092C<br>v.  )<br>  )  Filed December 4, 2018<br>THE UNITED STATES,  )<br>  )<br>　　　　　　Defendant.  )<br>  ) | |

## DISMISSAL ORDER

Plaintiff *pro se*, Mauricio Mancia, commenced this action on July 23, 2018 (docket entry no. 1). On September 21, 2018, the government filed a motion to dismiss this matter for lack of subject-matter jurisdiction, pursuant to Rule 12(b)(1) of the Rules of the United States Court of Federal Claims ("RCFC") (docket entry no. 9). Plaintiff has also moved to proceed in this matter *in forma pauperis* and he has submitted an application for leave to proceed in this matter *in forma pauperis* (docket entry no. 4).

Plaintiff's response to the government's motion to dismiss was due on October 19, 2018. On October 31, 2018, the Court issued a Show Cause Order directing plaintiff to explain why he failed to timely respond to the government's motion to dismiss (docket entry no. 11). In the Order, the Court informed plaintiff that, should he fail to respond to the government's motion to dismiss by November 27, 2018, the Court would treat plaintiff's failure to respond as a failure to comply with a Court Order and to prosecute this matter, pursuant to RCFC 41(b). Plaintiff has not timely filed a response to the government's motion to dismiss. RCFC 41(b).

In view of the foregoing, the Court:

1. **GRANTS** plaintiff's motion to proceed *in forma pauperis*; and
2. **DISMISSES** the complaint without prejudice, pursuant to RCFC 41(b).

The Clerk's Office is directed to **ENTER** final judgment consistent with this Order.

No costs.

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　LYDIA KAY GRIGGSBY
　　　　　　　　　　　　　　　　　　　Judge